IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEEMAC, INC., <br>       *Plaintiff,* <br> v. <br> REPUBLIC STEEL, <br>       *Defendant.* | Civil Action No. 2:20-cv-1458 <br><br> Hon. William S. Stickman IV |
| DEEMAC SERVICES, LLC, <br>       *Plaintiff,* <br> v. <br> REPUBLIC STEEL, <br>       *Defendant.* | Civil Action No. 2:20-cv-1466 <br><br> Hon. William S. Stickman IV |

# VERDICT FORM

A.  **Beemac, Inc. v. Republic Steel**

    1.    Do you find in favor of Plaintiff Beemac, Inc. on its claim for breach of contract against Defendant Republic Steel?

       ✓ YES                                      _____ NO

    *IF YOU ANSWERED "YES" TO QUESTION NO. 1, PLEASE PROCEED TO QUESTION NO. 2.*

    *IF YOU ANSWERED "NO" TO QUESTION NO. 1, PLEASE PROCEED TO QUESTION NO. 3.*

2.  Enter the total amount of damages you find Plaintiff Beemac, Inc. is entitled to recover from Defendant Republic Steel on its claim for breach of contract.

    $ 950,000.00

    **PLEASE PROCEED TO QUESTION NO. 5.**

3.  Do you find in favor of Plaintiff Beemac, Inc. on its claim for unjust enrichment against Defendant Republic Steel?

    _____YES           _____NO

    *IF YOU ANSWERED "YES" TO QUESTION NO. 3, PLEASE PROCEED TO QUESTION NO. 4 BELOW.*

    *IF YOU ANSWERED "NO" TO QUESTION NO. 3, PLEASE PROCEED TO QUESTION NO. 5 BELOW.*

4.  Enter the total amount of damages you find Plaintiff Beemac, Inc. is entitled to recover from Defendant Republic Steel on its claim for unjust enrichment.

    $_____

    **PLEASE PROCEED TO QUESTION NO. 5 BELOW.**

B.  **Deemac Services, LLC v. Republic Steel**

5.  Do you find in favor of Plaintiff Deemac Services, LLC on its claim for breach of contract against Defendant Republic Steel?

    \_\_\_\_✓\_\_\_\_\_YES           _____NO

    *IF YOU ANSWERED "YES" TO QUESTION NO. 5, PLEASE PROCEED TO QUESTION NO. 6.*

    *IF YOU ANSWERED "NO" TO QUESTION NO. 5, PLEASE PROCEED TO QUESTION NO. 7.*

6. Enter the total amount of damages you find Plaintiff Deemac Services, LLC is entitled to recover from Defendant Republic Steel on its claim for breach of contract.

$ 430,000.00

*IF YOU ANSWERED "YES" TO QUESTION NO. 5, AFTER YOU'VE COMPLETED NO. 6, PLEASE SIGN BELOW AND NOTIFY THE COURT THAT YOU HAVE REACHED YOUR VERDICT.*

7. Do you find in favor of Plaintiff Deemac Services, LLC on its claim for unjust enrichment against Defendant Republic Steel?

_____YES            _____NO

*IF YOU ANSWERED "YES" TO QUESTION NO. 7, PLEASE PROCEED TO QUESTION NO. 8 BELOW.*

*IF YOU ANSWERED "NO" TO QUESTION NO. 7, PLEASE SIGN BELOW AND NOTIFY THE COURT THAT YOU HAVE REACHED YOUR VERDICT.*

8. Enter the total amount of damages you find Plaintiff Deemac Services, LLC is entitled to recover from Defendant Republic Steel on its claim for unjust enrichment.

$_____

**You have reached the end of the Verdict Form. Please sign and date this form and alert the Court that you have reached a verdict.**

Date: July 12, 2023

_____
Foreperson

Juror #1 _____

Juror #2 _____

Juror #3 _____

Juror #4 _____

Juror #5 _____

Juror #6 _____

Juror #7 _____

Juror #8 _____

4