IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEEMAC, INC., : | |
| : | |
| Plaintiff : | |
| v. : | Case No. 2:20-cv-01458-WSS |
| : | |
| REPUBLIC STEEL, : | |
| : | |
| Defendant : | |

**FINAL JUDGMENT**

**AND NOW**, this ___10___ day of August 2023, **IT IS HEREBY ORDERED THAT**, as to Count I of the Complaint, **JUDGMENT** is entered in favor of Plaintiff Beemac, Inc. and against Defendant Republic Steel in the amount of $2,584,979.06, as determined by the Court's Order granting Plaintiff Beemac, Inc.'s Motion for Partial Summary Judgment entered January 25, 2023 (ECF No. 72), the jury's verdict entered July 12, 2023 (ECF No. 129), and the award of pre-judgment interest to which Plaintiff Beemac, Inc. is statutorily entitled.

BY THE COURT:

_____
The Honorable William S. Stickman, IV